UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag. No. 23-3006 (TJB) |
| | : | |
| v. | : | |
| | : | CONTINUANCE ORDER |
| ROBERT PARRISH, JR. | : | |
| | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Ian D. Brater, Assistant U.S. Attorney), and defendant ROBERT PARRISH, JR. (by Adam Axel, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date this Order is signed through April 26, 2024; and five continuances having previously been granted by this Court; and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18, United States Code, Section 3161(b); and the defendant, through his attorney, having consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) The parties have entered into a plea agreement and are requesting additional time in which to schedule the plea hearing, which will render trial of this matter unnecessary;

(2) The defendant has consented to the aforementioned continuance;

(3) The grant of a continuance will likely conserve judicial resources; and

(4) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21st day of February, 2024,

ORDERED that this action be, and it hereby is, continued from the date this Order is signed through April 26, 2024; and it is further

ORDERED that the period from the date this Order is signed through and including April 26, 2024 shall be excludable in computing time under the Speedy Trial Act of 1974; and it is further

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. TONIANNE J. BONGIOVANNI
United States Magistrate Judge

Form and entry consented to:

  s/ Adam K. Axel
_____
Adam Axel, Esq.
Counsel for Defendant

s/ Ian D. Brater
_____
Ian D. Brater
Assistant U.S. Attorney

s/ Eric A. Boden
_____
Eric A. Boden
Attorney-in-Charge
Trenton Branch Office